UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Criminal Case No.  03-cr-00232-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EDWARD P. MATTAR, III,

        Defendant.

---

ORDER GRANTING MOTION FOR CONTINUANCE

---

        Upon consideration of Edward P. Mattar, III's Motion for Continuance [1250], filed on September 25, 2007, it is

        ORDERED that the date for objections pursuant to Rule 21(f) is extended to and including October 5, 2007, and it is

        FURTHER ORDERED that the sentencing hearing is rescheduled for **November 2, 2007, at 2:00 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

        DATED: September 26th, 2007

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge